MARVEL *v.* UNITED STATES.

No. 476, Misc.   Decided March 15, 1965.

Petitioner *pro se.*

Solicitor General *Cox,* Assistant Attorney General *Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded to the United States District Court for the Middle District of Alabama for a hearing as to whether petitioner was misled by the trial judge as to the maximum sentence.